**Adelaide ANDREWS, Plaintiff–Appellant,**

v.

**TRW INC., Defendant–Appellee.**

No. 98–56624.

United States Court of Appeals,
Ninth Circuit.

Dec. 28, 2001.

Before: CANBY, NOONAN, and W. FLETCHER, Circuit Judges.

On Remand from United States Supreme Court

**ORDER**

The district court's decision is AFFIRMED. *TRW Inc. v. Andrews,* —— U.S. ——, 122 S.Ct. 441, 151 L.Ed.2d 339 (2001).